In the Matter of the Application of BATES CHEVROLET CORP. with Respect to the Arbitration Requested by the ASSOCIATION OF MOTOR VEHICLE SALESMEN

OF GREATER NEW YORK AND VICINITY. BATES CHEVROLET CORP. ASSOCIATION OF MOTOR VEHICLE SALESMEN OF GREATER NEW YORK AND VICINITY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.